**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE ESTRADA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY and P.L. AUTOMOTIVE, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-306-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 16] |

　　The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See* Doc. No. 16.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

　　**IT IS SO ORDERED**.

Dated: July 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　United States District Judge